BARRY E. HINKLE, Bar No. 071223
CHRISTIAN L. RAISNER, Bar No. 133839
KRISTINA L. HILLMAN, Bar NO. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS VACATION AND HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; APPRENTICESHIP/JOURNEYMAN TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, CARPENTERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA, INDUSTRY ADVANCEMENT and CONTRACT WORK PRESERVATION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>HAROLD MAXON POWELL, individually; HAROLD MAXON POWELL, individually and doing business as HMPS dba HMPS CONSTRUCTION; ERIC KENNETH SHANKS, individually; ERIC KENNETH SHANKS, individually and doing business as HMPS dba HMPS CONSTRUCTION; HMPS dba HMPS CONSTRUCTION; and BERKELEY UNIFIED SCHOOL DISTRICT, a California public entity,<br><br>Defendants. | Case No.   C 06 4339 CRB<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. C 06-4339 CRB

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action with prejudice. Said voluntary dismissal without an order of the Court is appropriate, as none of the Defendants have filed an answer or summary judgment in this matter.

Dated: October 13, 2006

Respectfully submitted.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
KRISTINA L. HILLMAN
Attorneys for Plaintiffs

112436/436956

October 20, 2006

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

- 2 -

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. C 06-4339 CRB